Michael Fuller, OSB No. 09357
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Phone 503-222-2000

Dan J. Nichols, OSB No. 101304
JurisLaw LLP
Three Centerpointe Drive, Suite 160
Lake Oswego, Oregon 97035
dan@jurislawyer.com
Phone 503-334-0611

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **AMIT FATNANI and SRINIVAS GURUZU,** individually, and on behalf of all others similarly situated<br><br>**Plaintiffs,**<br><br>vs.<br><br>**JPMORGAN CHASE & CO., KEYBANK NATIONAL ASSOCIATION; COLUMBIA BANKING SYSTEMS, INC. AS SUCCESSOR TO UMPQUA HOLDINGS CORPORATION; EVOLVE BANK AND TRUST; AND MERCURY TECHNOLOGIES INC,**<br><br>**Defendants.** | Case No. 3:23-cv-00712<br><br>**JOINT PROPOSED CASE MANAGEMENT PLAN** |

Plaintiffs Amit Fatnani and Srinivas Guruzu, individually and on behalf of all others similarly situated (hereafter, "Plaintiffs"), and Defendants Columbia Banking Systems, Inc. as Successor to Umpqua Holdings Corporation ("Columbia"); KeyBank National Association

**JOINT PROPOSED CASE MANAGEMENT PLAN**— Page **1** of **4**

("KeyBank"); and JPMorgan Chase Bank, N.A.[1] ("Chase") hereby submit this Joint Proposed Case Management Plan in accordance with the Court's Order dated May 6, 2025 (D.E. 165).

Plaintiffs have agreed to settle all claims against Columbia, KeyBank, and Intertrust Corporate and Fund Services, LLC (collectively, the "Settling Defendants"). Deadlines pertaining to the Court's consideration of that proposed settlement are included in the Case Management Plan below.

| Event | Proposed Deadline |
|---|---|
| Plaintiff's deadline to file amended complaint | On or before May 30, 2025 |
| Settling Defendants' deadline to respond to amended complaint | Deadline extended without date, and only due in the event the Court denies approval of the parties' proposed settlement. In that instance, responses would be due 30 days after the Court's final order denying approval. |
| Deadline for Chase to respond to amended complaint | June 13, 2025 |
| Deadline to file motion for preliminary approval of settlement with Settling Defendants | On or before June 13, 2025 |
| Final approval briefing, final fairness hearing, and related deadlines | To be fixed by the Court following preliminary approval of the proposed settlement |
| Close of fact discovery | January 29, 2026 |
| Initial expert disclosures and report deadline | February 10, 2026 |
| Deadline to file motion for class certification (as to claims against Chase only) | February 17, 2026[2] |
| Rebuttal expert disclosures and report deadline | March 13, 2026 |
| Expert discovery cutoff (includes filing of any discovery motions) | April 17, 2026 |

---

[1] JPMorgan Chase Bank, N.A. is the correct entity name for this party defendant. (D.E. 141 n. 1.)

[2] During the May 6, 2025 Final Fairness Hearing considering Plaintiffs' proposed settlement with certain other Defendants, counsel for Plaintiffs indicated that he believed Plaintiffs could have a class certification motion as to the claims against Chase filed within approximately 60 days. Thereafter, during the conferral process regarding the preparation of this proposed Case Management Plan, counsel for Chase indicated their desire to take discovery potentially informing their opposition to Plaintiffs' forthcoming certification motion. On that basis, the parties are proposing a later date for the filing of their initial motion for certification than Plaintiffs' counsel previously indicated.

**JOINT PROPOSED CASE MANAGEMENT PLAN**— Page **2** of **4**

| Deadline to oppose motion for class certification | May 1, 2026 |
|---|---|
| Deadline to file motions for summary judgment | July 1, 2026 |

Plaintiffs and Chase propose that the Court provide potential trial dates in the first quarter of 2027. The parties anticipate that trial will last 5-7 days. The parties further propose that the Court schedule a status conference to be conducted after any motions for summary judgment are decided and during which any and all remaining pretrial deadlines will be fixed.

RESPECTFULLY SUBMITTED AND DATED this 20th day of May 2025

PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP

By: /s/ *Daniel B. Centner*
Daniel B. Centner (admitted pro hac vice)
Peiffer Wolf Carr Kane
Conway & Wise, LLP
935 Gravier St., Suite 1600
New Orleans, LA 70112
dcentner@peifferwolf.com
Phone 504-523-2434
Fax 504-608-1465

Michael Fuller, OSB No. 09357
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer. com
Phone 503-222-2000

Kelly D. Jones, OSB No. 074217
Law Office of Kelly D. Jones
819 SE Morrison Street Suite 255
Portland, Oregon 97214
kellydonovanjones@gmail. com
Phone 503-847-4329

THOMPSON HINE LLP

By: /s/ *Brian J. Lamb*
Brian J. Lamb (Pro Hac Vice)
Email: brian.lamb@thompsonhine.com
Anthony J. Rospert (Pro Hac Vice)
Email: anthony.rospert@thompsonhine.com
Rebecca M. Pronesti (Pro Hac Vice)
Email: rebecca.pronesti@thompsonhine.com
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114
Telephone: 216.566.5500
Facsimile: 216.566.5800

Joel A. Parker, OSB #001633
Email: jparker@schwabe.com
Matthew Berry, OSB #133026
Email: mberry@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

*Attorneys for Defendant KeyBank National Association*

**JOINT PROPOSED CASE MANAGEMENT PLAN**— Page **3** of **4**

<div style="column-count:2">

Daniel J Nichols, OSB No. 101304
JurisLaw LLP
Three Centerpointe Drive, Suite 160
Lake Oswego, Oregon 97035
dan@jurislawyer.com
Phone 503-334- 0611

Emily Templeton, OSB No. 221744
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
emily@underdoglawyer.com
Phone 971-352-2503

Nate Haberman, OSB No. 225456
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
nate@underdoglawyer.com
Phone 503-222-2000

Scott Silver (admitted pro hac vice)
Silver Law Group
11780 W Sample Rd
Coral Springs, Florida 33065
ssilver@silverlaw.com
Phone 954-755-4799

Ryan Schwamm (admitted pro hac vice)
Silver Law Group 11780 W Sample Rd
Coral Springs, Florida 33065
rschwamm@silverlaw.com
Phone 954-755-4799

Peter M. Spett (admitted pro hac vice)
Law Office of Peter M. Spett
3020 Windsor Circle
Boca Raton, Florida 33434
pspett@spettlaw.com
Phone 561-463-2799

*Attorneys for Plaintiffs and Settlement Class*

GREENBERG TRAURIG, LLP,

By: /s/ *Layal L. Bishara*
Layal L. Bishara (Pro Hac Vice)
Greenberg Traurig, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Tel: (310) 586-7700
Fax: (310) 586-7800

*Attorney for Defendant JPMorgan Chase Bank, N.A.*

STOLL BERNE

By: /s/ *Lydia Anderson-Dana*
Keith A. Ketterling, OSB No. 913368
Email: kketterling@stollberne.com
Timothy S. DeJong, OSB No. 94066
Email: tdejong@stollberne.com
Lydia Anderson-Dana, OSB No. 166167
Email: landersondana@stollberne.com
Madeleine C. Holmes, OSB No. 193803
Email: mholmes@stollberne.com
209 S.W. Oak Street, Suite 500
Portland, Oregon 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

*Attorneys for Defendant Columbia Banking System, Inc.*

</div>

**JOINT PROPOSED CASE MANAGEMENT PLAN**— Page **4** of **4**